UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
One Church Street, Room B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 25, 2016

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Delta Apparel, Inc. et al v.
      David Peyser Sportswear, Inc. et al

      Civil Case Number: 3:16-cv-00325-WKW

The above-styled case has been reassigned to Judge Hugh Lawson.

Please note that the case number is now 3:16-cv-00325-RHL.

This new case number should be used on all future correspondence and pleadings in this action.