IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DELTA APPAREL, INC. and SALT LIFE, LLC (f/k/a To The Game, LLC)  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DAVID PEYSER SPORTSWEAR, INC.; MV Corp., Inc.; JOSHUA PEYSER, individually; and ALAN PEYSER, individually,  )<br><br>Defendants.  ) | CASE NO.: 3-16-cv-325-RHL-WC |

## ORDER GRANTING DEFENDANTS' MOTION TO FILE EXHIBIT UNDER SEAL

Pursuant to Rule 5.2(d) of the *Federal Rules of Civil Procedure* and the Administrative Procedures Manual for Civil Cases in the U.S. District Court for the Middle District of Alabama, Defendants' Motion to File under Seal Exhibit A to their Partial Motion to Dismiss Plaintiffs' Amended Complaint is hereby **GRANTED**.

**DONE** this 6th day of January, 2017.

*s/Hugh Lawson*
US DISTRICT JUDGE