IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DELTA APPAREL, INC. and SALT LIFE, LLC (f/k/a To The Game, LLC), | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| DAVID PEYSER SPORTSWEAR, INC., MV CORP., INC., JOSHUA PEYSER, individually and ALAN PEYSER, individually, | ) ) ) ) ) |
| Defendants. | ) |

CIVIL CASE NO. 3-16-cv-325-RHL-WC

## ORDER GRANTING JOINT MOTION TO DISMISS AND TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE PARTIES' CONFIDENTIAL SETTLEMENT AND RELEASE AGREEMENT

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and the Administrative Procedures Manual for Civil Cases in the U.S. District Court for the Middle District of Alabama, the parties' Joint Motion To Dismiss is hereby GRANTED.

It is therefore,

ORDERED that all claims asserted by Plaintiffs Delta Apparel, Inc., Salt Life, LLC (f/k/a To The Game, LLC), in the above-captioned action are dismissed with prejudice.

IT IS FURTHER ORDERED that the court shall retain jurisdiction to enforce the terms of the Parties' mutually agreed Confidential Settlement and Release Agreement upon a motion by either party and court order.

DONE this 13th day of September, 2017.

*s/Hugh Lawson*
DISTRICT JUDGE